IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE FIDEL MARTINEZ, ) <br> # 230447, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILLY MITCHEM and LUTHER ) <br> STRANGE, ) <br> ) <br> Defendants. ) | CASE NO. 1:11-CV-667-WKW |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 9), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED.

It is further ORDERED that the petition for habeas corpus relief is DENIED as it was not filed within the one-year period of limitation of 28 U.S.C. § 2244(d) and that this action is DISMISSED with prejudice.

DONE this 28th day of February, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE